

# Summons

EXHIBIT B

## Income Tax Return

**In the matter of** RALPH GARRITANO, 1340 FUDGE DR, BEAVERCREEK, OH 45434-6723
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* Small Business / Self Employed
**Periods:** Form 1040 for the calendar period ending December 31, 2015

**The Commissioner of Internal Revenue**

**To:** RALPH GARRITANO
**At:** 1340 FUDGE DR, BEAVERCREEK, OH 45434-6723

You are hereby summoned and required to appear before **M. LOUDERBACK**, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years: 2015

These records and documents include, but are not limited to: Forms W-2 *(Wage and Tax Statement)*, Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services *(including receipt of property other than money)*. Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: 2015

We have attached a blank return to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

200 W 2ND STREET ROOM 304, DAYTON, OH 45402 (937) 610-2173

**Place and time for appearance: At** 200 W 2ND STREET ROOM 304, DAYTON, OH 45402

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 6638 (Rev.10-2010)
Catalog Number 61828W

on the 30th day of November, 2016 at 11:00 o'clock a m.

Issued under authority of the Internal Revenue Code this 4th day of November, 2016

_M. LOUDERBACK_
Signature of issuing officer

_REVENUE OFFICER_
Title

Signature of approving officer *(if applicable)*

Title

**Original -- to be kept by IRS**



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|---|---|
| 11.4.2016 | 3PM |

**How Summons Was Served**

☒ I handed an attested copy of the summons to the person to whom it was directed.

☐ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

| Signature | Title |
|---|---|
| Mike Louderback | Revenue Officer |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|---|---|
| Mike Louderback | Revenue Officer |

Catalog No. 61828W　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form **6638** (Rev. 10-2010)



# Summons

## Income Tax Return

**In the matter of** RALPH GARRITANO, 1340 FUDGE DR, BEAVERCREEK, OH 45434-6723
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* Small Business / Self Employed
**Periods:** Form 1040 for the calendar period ending December 31, 2015

### The Commissioner of Internal Revenue

**To:** RALPH GARRITANO
**At:** 1340 FUDGE DR, BEAVERCREEK, OH 45434-6723

You are hereby summoned and required to appear before M. LOUDERBACK, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years: 2015

These records and documents include, but are not limited to: Forms W-2 *(Wage and Tax Statement)*, Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services *(including receipt of property other than money)*. Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: 2015

We have attached a blank return to guide you in producing the necessary documents and records.

**Do not write in this space**

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____  **REVENUE OFFICER, 1000875935**
Signature of IRS Official Serving the Summons   Title

**Business address and telephone number of IRS officer before whom you are to appear:**

200 W 2ND STREET ROOM 304, DAYTON, OH 45402 (937) 610-2173

**Place and time for appearance:** At 200 W 2ND STREET ROOM 304, DAYTON, OH 45402

on the __30th__ day of __November__, 2016 at __11:00__ o'clock __a__ m.

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 6638 (Rev.10-2010)
Catalog Number 61828W

Issued under authority of the Internal Revenue Code this __4th__ day of __November__, 2016

M. LOUDERBACK                          REVENUE OFFICER
Signature of Issuing Officer             Title

_____             _____
Signature of Approving Officer *(if applicable)*   Title

Part A -- to be given to person summoned